IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ROWLAND CAULKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:08-cv-2127-RBP-JEO |
| MICHAEAL MUKASEY, United States ) | |
| Attorney General, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The petitioner, Rowland Caulker, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting that he was being illegally detained by the respondents. (Doc. 1 at 1, 4). He alleges that he is due to be released from custody. (*Id*. at 9). The respondents have filed a motion to dismiss this matter as being moot. (Doc. 4). Upon consideration of the motion, the court finds that the petition is due to be dismissed.

In support of their motion to dismiss, the respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by a Deportation Officer stating that the petitioner was released from custody on November 22, 2008, on an order of supervision. (Doc. 5). Thus, his claim for release on parole or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed as moot. A separate order will be entered.

**DONE**, this the 7th day of January, 2009.

_____
**ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE**